IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TURNER NETWORK SALES, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DISH NETWORK L.L.C., ) <br> ) <br> *Defendant*. ) <br>_____ ) <br> <br> DISH NETWORK L.L.C., ) <br> ) <br> *Counter-Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> TURNER NETWORK SALES, INC., ) <br> ) <br> *Counter-Defendant*. ) <br>_____ ) | Civil Action No. 17-CV-7599 (RA) <br> <br> USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 10/30/18 |

SECOND AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, and upon the joint motion of Turner Network Sales, Inc. ("TNS, Inc.") and DISH Network L.L.C. ("DISH"), the Amended Case Management Plan and Scheduling Order entered by the Court on April 18, 2018, is hereby amended as follows:

1. The parties shall comply with the following deadlines for the completion of expert discovery:

    a. DISH shall serve its disclosures of any expert witnesses designated to counter the testimony of TNS, Inc.'s initial expert witnesses by no later than November 12, 2018.

    b. TNS, Inc. shall serve its disclosures of any expert witnesses designated to counter the testimony of DISH's initial expert witness by no later than November 19, 2018.

    c.    All remaining expert discovery, including depositions, shall be completed by December 7, 2018.

2.    All discovery shall be completed no later than December 7, 2018.

SO ORDERED.

Dated: _October 31, 2018_
New York, New York

_____
Ronnie Abrams
United States District Judge