Case 1:17-cv-07599-RA   Document 92   Filed 02/11/19   Page 1 of 1

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/11/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TURNER NETWORK SALES, INC.,

                Plaintiff,

        v.

DISH NETWORK L.L.C.,

                Defendant.

No. 17-CV-7599 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On January 9, 2019, the Court denied the parties' requests to seal materials they submitted in connection with Plaintiff's motion for summary judgment. In response to that order, Defendant submitted a letter stating that it would no longer seek to seal any portion of the summary judgment submissions. Plaintiff submitted a new sealing request, along with revised proposed redactions that were substantially narrower than the redactions the parties initially sought.

    The Court grants Plaintiff's motion to seal the limited proposed redactions it submitted to the Court on January 30 and February 5, 2019. The parties are on notice, however, that the Court may reconsider this sealing determination when ruling on the motion for summary judgment.

    The parties shall file the redacted versions of their summary judgment papers on ECF by February 15, 2019. The Court will file the unredacted versions under seal. The Clerk of Court is respectfully directed to terminate the motions pending at docket at entries 87, 89, and 91.

SO ORDERED.

Dated:    February 11, 2019
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge