UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TURNER NETWORK SALES, INC., | Civ. Action No. 17-cv-7599-RA |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. |  |
| DISH NETWORK L.L.C., |  |
| Defendant. |  |
| DISH NETWORK L.L.C., |  |
| Counter-Plaintiff, |  |
| v. |  |
| TURNER NETWORK SALES, INC. |  |
| Counter-Defendant. |  |

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and on the accompanying declaration, I, Daniel M. Pastor, hereby move this Court for leave to withdraw as counsel for Defendant DISH Network L.L.C. ("DISH"),

as I have left the employment of Coblentz Patch Duffy & Bass. Remaining counsel of record will continue to represent DISH in this action.

DATED: July 24, 2019         Respectfully submitted,

                              By:   */s/ Daniel M. Pastor*
                                    Daniel M. Pastor*
                                    *Attorney for Defendant*
                                    *DISH NETWORK L.L.C.*

                                    *(\*Admitted Pro Hac Vice)*