# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
korsini@cravath.com

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN

NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG

———————
SPECIAL COUNSEL
SAMUEL C. BUTLER
———————
OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

January 31, 2020

*Turner Network Sales, Inc. v. DISH Network L.L.C.*
Case No. 17-CV-7599 (S.D.N.Y.)

Dear Judge Abrams:

       I represent Plaintiff/Counter-Defendant Turner Network Sales, Inc. ("Turner") in the above-entitled action. This letter is being filed on behalf of both Turner and Defendant/Counter-Claimant DISH Network L.L.C. ("DISH" and, together with Turner, the "Parties") to request additional time for Turner to respond to DISH's pending letter request for leave to file a summary judgment motion. (ECF No. 141.)

       On January 8, 2020, DISH requested leave to file a motion for partial summary judgment or, in the alternative, a motion for judgment on the pleadings as to Turner's bulk billing breach of contract claim. (*Id.*) On January 10, 2020, the Court directed Turner to state its position on DISH's request by January 24, 2020. (ECF No. 144.) On January 27, 2020, the Court granted the Parties' request to extend Turner's time to respond by one week to today, January 31, 2020. (ECF No. 146.)

       The Parties continue to engage in discussions regarding DISH's request for leave to file its motion and Turner's position on DISH's request. Accordingly, the Parties jointly request that the Court further extend Turner's time to respond to DISH's request by one week, until February 7, 2020. The Parties believe there is good cause to grant this request.

We are available at the Court's convenience to the extent further discussion would be helpful.

                Respectfully,

                Kevin J. Orsini

Hon. Ronnie Abrams
   United States District Court
      Thurgood Marshall Courthouse
         40 Foley Square
            New York, New York 10007
via ECF

Copies to:
Counsel via ECF