# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | WORLDWIDE PLAZA | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | 825 EIGHTH AVENUE | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | NEW YORK, NY 10019-7475 | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | TELEPHONE: +1-212-474-1000 | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | FACSIMILE: +1-212-474-3700 | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | CITYPOINT | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | ONE ROPEMAKER STREET | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | LONDON EC2Y 9HR | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | TELEPHONE: +44-20-7453-1000 | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | FACSIMILE: +44-20-7860-1150 | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | WRITER'S DIRECT DIAL NUMBER | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | +1-212-474-1596 | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | WRITER'S EMAIL ADDRESS | MARGARET SEGALL D'AMICO | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | korsini@cravath.com | RORY A. LERARIS | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | | KARA L. MUNGOVAN | CHRISTOPHER J. KELLY |

May 6, 2020

Re: *Turner Network Sales, Inc. v. DISH Network L.L.C.*
Case No. 17-CV-7599 (S.D.N.Y.)

Dear Judge Abrams:

      I represent Plaintiff Turner Network Sales, Inc. ("Turner") in the above-entitled action and write on behalf of both Turner and Defendant DISH Network L.L.C. ("DISH" and, together with Turner, the "Parties").

      On April 10, 2020, counsel for DISH wrote on behalf of the Parties to confirm that the hearing on Turner's *Daubert* motions originally scheduled for April 13, 2020, would be rescheduled to a later date when counsel could appear in person to argue the motions. The Parties advised the Court that they intended to propose a date for an in-person hearing later in April, when there would hopefully be more clarity regarding the COVID-19 crisis.

      In light of the continuing uncertainty regarding COVID-19, the Parties respectfully suggest, subject to the Court's convenience, that argument of Turner's *Daubert* motions be rescheduled to the last week of June. If the Court is amenable to such an approach, the parties jointly request that the hearing be held by videoconference. Of course, if circumstances change and permit in person attendance, the Parties and the Court can also discuss that approach at the appropriate time.

      We thank the Court for its understanding under the current circumstances and hope all of the Court's staff is safe and well.

Respectfully,

*/s/ Kevin J. Orsini*

Kevin J. Orsini

2

Hon. Ronnie Abrams
   United States District Court
      Thurgood Marshall Courthouse
         40 Foley Square
           New York, New York 10007

via ECF

Copies to:
Counsel via ECF