USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TURNER NETWORK SALES, INC.,

                Plaintiff,

      v.

DISH NETWORK L.L.C.,

                Defendant.

No. 17-CV-7599 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference and on consent of the parties, oral argument on Turner's *Daubert* motions is hereby adjourned *sine die* and this case is hereby stayed. No later than July 3, 2020, the parties shall submit a joint letter advising the Court whether the parties seek to have a jury trial or bench trial (remote or otherwise) and proposing dates for such a trial.

      The Clerk of Court is respectfully directed to stay this case.

SO ORDERED.

Dated:    June 26, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge